USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

Plaintiff,

-v-

TRIBORO CENTER,

Defendant.

26-cv-2789 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 20, 2026, the Court issued an order requiring Plaintiff to show cause by August 21, 2026, why her complaint should not be dismissed for failure to state a claim upon which relief can be granted and failure to allege jurisdiction. Dkt. No. 17. The Clerk of Court mailed that order to Plaintiff's listed address. Mailing Receipt, July 21, 2026. On October 8, 2026, Defendant filed a letter noting Plaintiff's failure to comply with the Court's order. Dkt. No. 18. The Court hereby orders as follows:

Plaintiff is directed to respond to Defendant's letter no later than October 19, 2026. The failure to submit a timely response may result in dismissal of the complaint without prejudice for failure to comply with the Court's July 20, 2026 Order, failure to prosecute, and/or failure to state a claim for relief and failure to allege jurisdiction.

The Clerk of Court is respectfully directed to send a copy of this order to the Plaintiff at 875 Morrison Avenue, Apt. 10K, Bronx, NY 10473.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge